IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC., | No. C-15-1728 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND ANSWER** |
| v. | |
| MILLER, KAPLAN, ARASE & CO., LLP, | |
| Defendant. | |

On June 24, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, filed June 30, 2014, and defendant's answer, filed August 21, 2014.

**IT IS SO ORDERED.**

Dated: June 26, 2015

_____
MAXINE M. CHESNEY
United States District Judge