IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC., | No. C-15-1728 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING SEPTEMBER 25, 2015 CASE MANAGEMENT CONFERENCE** |
| v. | |
| MILLER, KAPLAN, ARASE & CO., LLP, | |
| Defendant. | |

By order filed July 16, 2015, the Court directed defendant Miller, Kaplan, Arase & Co., LLP ("MKA") to show cause why the instant action should not be remanded for lack of subject matter jurisdiction, specifically, for failure to show the parties are diverse in citizenship. Before the Court is MKA's Response, filed August 7, 2015, by which MKA has submitted a declaration from each of its members, attesting to his/her citizenship.[1]

Having read and considered MKA's Response, the Court finds PNY, based on the allegations in its complaint, is a citizen of Delaware and New Jersey and that MKA has sufficiently shown that each member of MKA is a citizen of California. Accordingly, MKA having established the Court has diversity jurisdiction,[2] the order to show cause is

---

[1] Plaintiff PNY Technologies, Inc. ("PNY"), although afforded the opportunity to do so, has not contested or otherwise responsed thereto.

[2] In its order of July 16, 2015, the Court found the amount in controversy exceeded the sum of $75,000.

hereby DISCHARGED.

In light of the above, a Case Management Conference is hereby SET for September 25, 2015, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than September 18, 2015.

**IT IS SO ORDERED.**

Dated:  August 27, 2015

MAXINE M. CHESNEY
United States District Judge