IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>           Plaintiff,<br><br>  v.<br><br>MILLER, KAPLAN, ARASE & CO., LLP,<br><br>           Defendant. | No. C 15-1728 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; VACATING HEARING** |

Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Compel, filed December 18, 2015, plaintiff's Administrative Motion to File Under Seal, filed December 18, 2015, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's

procedures.

The January 22, 2016, hearing before the undersigned is hereby VACATED.

**IT IS SO ORDERED**.

Dated:  December 21, 2015

_____
MAXINE M. CHESNEY
United States District Judge