IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>MILLER, KAPLAN, ARASE & CO, LLP, <br><br>　　　　Defendant. | Case No. 15-cv-01728-MMC <br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS** |

　　　　On June 10, 2016, defendant filed four "Objections" and also an "Administrative Motion to File Under Seal," to which defendant has attached a number of documents. Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, with respect to the motion to seal, defendant has violated the Civil Local Rules, which require the filing party to provide a chambers copy of, inter alia, "both the redacted and unredacted versions of all documents sought to be sealed." See Civil L.R. 79-5(d)(2).

　　　　Defendant is hereby ORDERED to comply with Civil Local Rules 5-1(e)(7) and 79-5(d)(2), as well as the Court's Standing Orders, by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a

1  chambers copy has not been timely provided to the Court.

2  **IT IS SO ORDERED.**

4  Dated:  June 16, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge