IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MILLER, KAPLAN, ARASE & CO, LLP,<br><br>　　　　　Defendant. | Case No. 15-cv-01728-MMC<br><br>**ORDER GRANTING IN PART, DENYING IN PART, AND DEFERRING RULING IN PART ON DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO DEFENDANT** |

　　　　Before the Court is defendant's Administrative Motion, filed June 10, 2016, by which defendant seeks to file under seal various documents submitted by defendant in connection with its motion for summary judgment and designated confidential by plaintiff and/or a non-party entity. Plaintiff has filed a response thereto. Having read and considered the papers filed in support of and in response to the administrative motion, the Court rules as follows:

　　　　1. To the extent defendant seeks leave to file under seal the entirety of Exhibits H, I, and J to the Declaration of Stephen J. Tully, the motion is hereby DENIED, as plaintiff, the designating party, has failed to show, or even assert, that the entirety of any such exhibit comprises confidential material.

　　　　2. As to the following portions of Exhibits H, I and J to the Declaration of Stephen J. Tully, the motion is hereby GRANTED, as plaintiff has made a sufficient showing as to the sealability of those pages and lines:[1]

---

[1] In its response, plaintiff asserts that page 209, lines 1-5, of Exhibit H should be filed under seal. Defendant, however, does not seek to file page 209, either under seal or in the public record, and, consequently, has not submitted such page to the Court.

a. Exhibit H
    1. Page 99, line 6
    2. Page 100, lines 1 and 6
    3. Page 101, lines 2-3, 9-17
    4. Page 102, lines 13-15
    5. Page 103, line 1-22
    6. Page 132, line 22
    7. Page 133, lines 4, 14 and 17
    8. Page 138, lines 18 and 22
    9. Page 139, lines 4 and 20-21
    10. Page 147, line 18-24
    11. Page 148, lines 2-25
    12. Page 185, lines 8 and 15
    13. Page 305, line 13
    14. Page 349, lines 11-16 and 21-22
    15. Page 368, lines 20 and 24
    16. Page 387, lines 7 and 21
    17. Page 388, line 14
    18. Page 389, lines 4-8
b. Exhibit I
    1. Page 78, line 25
    2. Page 79, lines 1-7
    3. Page 81, lines 1, 6, 17, 25
    4. Page 82, line 1, 7-8, 19, 24
    5. Page 99, line 19
    6. Page 101, line 8
    7. Page 105, lines 5-15
    8. Page 106, lines 6-25

         9. Page 107, lines 5-21

         10. Page 108, lines 1-9, 15-17

    c. Exhibit J

         1. Page 73, line 5.

         2. Page 76, lines 9 and 15-18.

         3. Page 78, line 20.

         4. Page 80, line 7.

Defendant is hereby DIRECTED to file in the public record, no later than July 15, 2016, versions of Exhibits H, I and J in which the confidential portions identified above are redacted.

3. To the extent defendant seeks to file under seal the entirety or any portion of Exhibit K to the Declaration of Stephen J. Tully, the Court hereby DEFERS ruling thereon, for the reason that SanDisk Corporation ("SanDisk"), a nonparty who, according to defendant, is a designating entity (see Declaration of Efren A. Compean ¶ 6), has not filed a responsive declaration and there is nothing in the record indicating defendant served its administrative motion on said entity.  Accordingly, defendant is hereby DIRECTED to serve its administration motion, as well as this order, on SanDisk and to file proof of such service no later than July 12, 2016.  The Court will take the deferred portion of defendant's administrative motion under submission upon the filing of a responsive declaration by SanDisk or on July 20, 2016, whichever is earlier.[2]

//
//
//
//
//

---

[2] In its response, plaintiff argues that certain pages of Exhibit K contain confidential material. The Court will consider plaintiff's argument at such time as the motion stands submitted.

4.  To the extent defendant seeks to file under seal certain portions of Exhibit M to the Declaration of Stephen J. Tully and certain portions of its Reply Memorandum, the Court hereby DEFERS ruling thereon until July 20, 2016, as said documents include material contained in Exhibit K to the Declaration of Stephen J. Tully.

**IT IS SO ORDERED.**

Dated: July 6, 2016

MAXINE M. CHESNEY
United States District Judge