United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PNY TECHNOLOGIES, INC.,

Plaintiff,

v.

MILLER, KAPLAN, ARASE & CO, LLP,

Defendant.

Case No. 15-cv-01728-MMC

**ORDER DENYING DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFF**

Re: Dkt. No. 108

By order filed June 24, 2016, the Court deferred in part ruling on plaintiff's "Administrative Motion to File Under Seal Confidential Exhibits," filed June 3, 2016, to the extent the motion sought leave to file under seal Exhibits 14, 20, 24, 25, 26, 27 and 28 to the Declaration of Drew Robinson. As those seven exhibits had been designated as confidential by non-party SanDisk Corporation ("SanDisk"), and the administrative motion had not been served on SanDisk, the Court directed plaintiff to serve the administrative motion on SanDisk, which plaintiff subsequently did.

Now before the Court is SanDisk's Statement, filed July 1, 2016, in which SanDisk states it "does not object to the public filing" of the seven exhibits identified in the administrative motion. (See SanDisk's Statement at 1:7-8.)

Accordingly, the deferred portion of plaintiff's administrative motion is hereby DENIED, and plaintiff is hereby DIRECTED to file said seven exhibits in the public record, "no earlier than 4 days, and no later than 10 days, after the motion is denied." See Civil L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: July 18, 2016

MAXINE M. CHESNEY
United States District Judge