IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>MILLER, KAPLAN, ARASE & CO, LLP, <br><br>    Defendant. | Case No. 15-cv-01728-MMC <br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFERRED PORTION OF DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO DEFENDANT** <br><br>Re: Dkt. No. 117 |

By order filed July 6, 2016, the Court deferred in part ruling on defendant's "Administrative Motion to File Under Seal," filed June 10, 2016.  Specifically, the Court deferred ruling on defendant's request to file under seal Exhibit K to the Declaration of Stephen J. Tully ("Exhibit K"), as Exhibit K had been designated confidential both by plaintiff and by non-party SanDisk Corporation ("SanDisk"),[1] and the administrative motion had not been served on SanDisk; the Court directed defendant to serve the administrative motion on SanDisk, which defendant subsequently did.  Additionally, the Court deferred ruling on defendant's request to file under seal portions of Exhibit M to the Declaration of Stephen J. Tully ("Exhibit M"), as well as portions of defendant's Reply Memorandum in Support of Motion for Summary Judgment ("Reply Memorandum"), for the reason that said documents include material contained in Exhibit K.

On July 15, 2016, SanDisk filed a response, in which SanDisk states it "does not believe that any portion of Exhibit K . . . contains material that needs to be sealed."  (See

---

[1] In its response to defendant's administrative motion, plaintiff asserts that portions of Exhibit K are confidential.

1  SanDisk's Statement at 2:5-6.)  Having read and considered the deferred portion of
2  defendant's administrative motion and the responses filed by plaintiff and SanDisk, the
3  Court rules as follows:
4      1. To the extent defendant seeks leave to file under seal the entirety of Exhibit K,
5  the motion is hereby DENIED, as neither SanDisk nor plaintiff have shown, or even
6  asserted, that the entirety of Exhibit K comprises confidential material.  As to the following
7  portions of Exhibit K, however, the motion is hereby GRANTED, as plaintiff has made a
8  sufficient showing as to the sealability of those pages and lines:
9          a. Page 230, lines 17-20
10         b. Page 231, lines 1, 7-8, and 17
11         c. Page 232, lines 1 and 20-22
12         d. Page 233, lines 3-4
13         e. Page 300, lines 4-7 and 14-15
14         f. Page 301, lines 9-10 and 16
15         g. Page 303, lines 7 and 25
16         h. Page 304, lines 11-12 and 19
17         i. Page 305, line 20
18         j. Page 306, lines 2, 14 and 20
19         k. Page 307, lines 4, 9, 18 and 22
20         l. Page 310, lines 22-24
21         m. Page 311, line 6
22     Defendant is hereby DIRECTED to file in the public record, no later than ten days
23 from the date of this order, a version of Exhibit K in which the confidential portions
24 identified above are redacted.
25     2. To the extent defendant seeks to file under seal portions of Exhibit M and
26 portions of its Reply Memorandum, the motion is hereby DENIED, as the subject portions
27 do not discuss or reference the material plaintiff has shown to be confidential.  Defendant
28 is hereby DIRECTED to file in the public record, no later than ten days from the date of

this order, the entirety of Exhibit M and its Reply Memorandum.

**IT IS SO ORDERED.**

Dated:  July 22, 2016

MAXINE M. CHESNEY  
United States District Judge