IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILLER, KAPLAN, ARASE & CO, LLP,<br><br>　　　　Defendant. | Case No. 15-cv-01728-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT** |

Before the Court are two motions for summary judgment filed by defendant Miller, Kaplan, Arase & Co.:  (1) "Motion for Summary Judgment or, in the Alternative Partial Summary Judgment," filed February 26, 2016, by which defendant seeks summary judgment based on the affirmative defense of the statute of limitations; and (2) "Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment," filed July 22, 2016, by which defendant seeks summary judgment on grounds other than the statute of limitations.  The motions are noticed for hearings on, respectively, August 5, 2016, and August 26, 2016.

In the interests of judicial economy, the hearing on the first of the above-referenced motions is hereby CONTINUED to August 26, 2016.

**IT IS SO ORDERED.**

Dated: July 28, 2016

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge