IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILLER, KAPLAN, ARASE & CO, LLP,<br><br>　　　　Defendant. | Case No. 15-cv-01728-MMC<br><br>**ORDER DENYING DEFERRED PORTION OF DEFENDANT'S MOTION TO SEAL; DIRECTIONS TO DEFENDANT**<br><br>Re: Dkt. Nos. 138, 140 |

Before the Court is the deferred portion of defendant's "Administrative Motion to File Under Seal Exhibits to Declaration of Stephen J. Tully in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment," filed July 22, 2016.

By order filed August 10, 2016, the Court deferred ruling on the requested sealing of Exhibits 9, 18, 96, and 120 to the Declaration of Stephen J. Tully. In so doing, the Court found the showing made by plaintiff, the designating party, was insufficient, and afforded plaintiff leave to file, no later than August 18, 2016, a supplemental declaration to show what portions, if any, of said four exhibits are confidential and not previously filed in the public record. No such supplemental declaration has been filed.

Accordingly, as plaintiff has failed to show that any of the above-referenced four exhibits is properly filed under seal, the deferred portion of defendant's administrative

1  motion is hereby DENIED, and defendant is DIRECTED to file, no later than four days
2  from the date of this order, Exhibits 9, 18, 96 and 120 in the public record.
3  **IT IS SO ORDERED.**

5  Dated:  August 23, 2016

MAXINE M. CHESNEY
United States District Judge