1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   PNY TECHNOLOGIES, INC.,                    Case No.  15-cv-01728-MMC

8            Plaintiff,                        **ORDER GRANTING IN PART AND
                                               DENYING IN PART PLAINTIFF'S**
9        v.                                    **ADMINISTRATIVE MOTION TO FILE
                                               UNDER SEAL; DIRECTIONS TO**
10   MILLER, KAPLAN, ARASE & CO, LLP,          **PLAINTIFF**

11           Defendant.                        Re: Dkt. No. 167

12

13        Before the Court is plaintiff's "Administrative Motion to File Under Seal," filed

14   August 24, 2016, by which it seeks leave to file under seal an exhibit designated

15   confidential by defendant.  Defendant has filed a response thereto.  Having read and

16   considered the papers in support of and in response to the motion, the Court rules as

17   follows:

18        1.  To the extent plaintiff seeks leave to file under seal the entirety of Exhibit 55 to

19   the Supplemental Declaration of Drew A. Robertson ("Exhibit 55"), the motion is hereby

20   DENIED, as defendant, the designating party, does not assert the entirety of Exhibit 55 is

21   confidential.

22        2.  As to the following portions of Exhibit 55, the motion is hereby GRANTED, as

23   defendant has made a sufficient showing as to the sealability thereof:

24            a. Page 545, name of third party on line 20

25            b. Page 545, name of third party on line 21

26            c. Page 545, name of third party on line 23

27            d. Page 546, lines 2-10

28            e. Page 546, name of third party on lines 16-17

United States District Court
Northern District of California

1    f. Page 572, name of third party on line 10

2    g. Page 615, names of third parties on line 18

3    h. Page 615, name of third party on line 21

4    i. Page 615, name of third party on line 24

5    j. Page 615, name of third party on line 25

6    k. Page 616, name of third party on line 21

7    l. Page 617, name of third party on line 14

8    m. Page 617, name of third party on line 21

9    n. Page 618, name of third party on line 15

10   o. Page 618, name of third party on line 16

11   p. Page 619, name of third party on line 1

12   q. Page 619, name of third party on line 14

13   r. Page 619, name of third party on line 15

14   s. Page 619, name of third party on line 16

15   t. Page 619, second word on line 18

16   u. Page 619, name of third party on line 24

17   v. Page 620, name of third party on line 5

18   w. Page 620, name of third party on line 8

19   x. Page 620, name of third party on line 10

20   y. Page 620, name of third party on line 11

21   Plaintiff is hereby DIRECTED to file in the public record, no later than September

22   9, 2016, a version of Exhibit 55 in which the confidential portions identified above are

23   redacted.

24      **IT IS SO ORDERED.**

25

26   Dated: September 6, 2016

27   MAXINE M. CHESNEY
     United States District Judge

28

United States District Court
Northern District of California