1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  PNY TECHNOLOGIES, INC., | **Case No. 15-cv-01728-MMC** |
| 12          Plaintiff, | **[PROPOSED] ORDER GRANTING PNY TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNREDACTED VERSIONS OF EXHIBITS 1 & 2 TO THE DECLARATION OF DREW A. ROBERTSON IN SUPPORT OF PNY TECHNOLOGIES, INC.'S MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCES TO OTHER LITIGATIONS INVOLVING PNY TECHNOLOGIES, INC., AS WELL AS AN UNREDACTED VERSION OF MOTION IN LIMINE NO. 2** |
| 13          vs. | |
| 14  MILLER, KAPLAN, ARASE & CO., LLP, | |
| 15          Defendant. | |

19
20
21
22
23
24
25
26
27
28

Having considered PNY's Administrative Motions to File Under Seal and the Declaration of Drew A. Robertson in Support thereof filed October 3, 2016, the Court orders that the following material be filed under seal:

| Document | Redacted Portion | Basis for Sealing | Granted/Denied |
|---|---|---|---|
| PNY's Motion in Limine No. 2 | Page 1, lines 21-23 | Discloses PNY information pertaining to a highly confidential arbitration. | Granted |
| Robertson Declaration, Ex. 1 | 6:14-16 | Discloses PNY information pertaining to a highly confidential arbitration. | Granted |
| Robertson Declaration, Ex. 1 | 7:1-25 | Discloses PNY information pertaining to a highly confidential arbitration. | Granted |
| Robertson Declaration, Ex. 1 | 18:24-19:12 | Discloses PNY information pertaining to a highly confidential arbitration. | Granted |
| Robertson Declaration, Ex. 2 | 7:13-8:18 | Discloses PNY information pertaining to a highly confidential arbitration. | Granted |

**IT IS SO ORDERED.**

Dated: October 11, 2016

HON. MAXINE M. CHESNEY
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF PNY TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 15-CV-01728-MMC