IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILLER, KAPLAN, ARASE & CO, LLP,<br><br>　　　　Defendant. | Case No. 15-cv-01728-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**<br><br>Re: Dkt. No. 230 |

Before the Court is plaintiff PNY Technologies, Inc.'s ("PNY" "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge," filed October 12, 2016, in which PNY seeks relief from the "Order Regarding September 30, 2016 Discovery Letter," filed October 3, 2016.

Having fully considered the matter, the Court hereby DENIES the motion, for the reason that PNY has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated:  October 13, 2016

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge