IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MILLER, KAPLAN, ARASE & CO, LLP,<br><br>　　　　　Defendant. | Case No. 15-cv-01728-MMC<br><br>**ORDER RE: DEFENDANT'S MOTION IN LIMINE NO. 7**<br><br>Re: Dkt. No. 196 |

　　　　To the extent the motion seeks an order excluding all evidence pertaining to discussions regarding a possible sales contract between SanDisk Corporation ("SanDisk") and plaintiff, the motion is DENIED, plaintiff having disclosed such damages theory in its Responses to defendant's Interrogatories Nos. 21 and 22.

　　　　To the extent the motion seeks an order excluding evidence as to the email exchanges between SanDisk and plaintiff reflecting those discussions, the motion is GRANTED, plaintiff having failed to produce said documents in accordance with Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and defendant's Request No. 55 of its First Request for Production of Documents, and plaintiff having failed to show substantial justification for said failure or lack of prejudice to defendant.  See Fed. R. Civ. P. 37(c)(1).

　　　　**IT IS SO ORDERED.**

Dated: October 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge