Stephen J. Tully, SBN 112390
stully@garrett-tully.com
Efren A. Compeán, SBN 119658
ecompean@garrett-tully.com
GARRETT & TULLY, P.C.
225 South Lake Avenue, Suite 1400
Pasadena, California 91101-4869
(8626) 577-9500 * Fax (626) 577-0813

Attorneys for Miller, Kaplan, Arase &
Co., LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PNY TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MILLER, KAPLAN, ARASE & CO., LLP, <br><br> Defendant. | Case No. 3:15-cv-01728-MMC <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT MILLER KAPLAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO DECLARATION OF EFREN A. COMPEAN IN SUPPORT OF MOTION TO EXCLUDE CERTAIN PORTIONS OF PLAINTIFF'S EXPERT CHRISTIAN TREGILLIS |

Having considered Miller Kaplan's Motion for Adminstrative Relief to File Under Seal Portions of Exhibit A attached to the Declaration of Efren A. Compean filed in support of Miller Kaplan's Motion To Exclude Certain Portions of Plaintiff's Expert Christian Tregillis, the Court Rules as follows:

| Document | Basis for Redaction | Granted/~~Denied~~ |
|---|---|---|
| Compean Decl., Exhibit A | Designated Confidential by PNY and ordered filed in redacted form | See Order, filed August 25, 2016, at 2:8-11. |

IT IS SO ORDERED.

DATED: October 28, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Case No. 3:15-cv-01728-MMC
[PROPOSED] ORDER RE MILLER KAPLAN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO DECLARATION OF EFREN A. COMPEAN