IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNY TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MILLER, KAPLAN, ARASE & CO, LLP,<br><br>    Defendant. | Case No. 15-cv-01728-MMC<br><br>**ORDER APPROVING PLAINTIFF'S PROPOSAL TO POST BOND IN THE AMOUNT OF $82,958.34** |

By order filed August 29, 2017, the Court awarded defendant costs in the amount of $66,366.67, and afforded the parties leave to file supplement briefs on the amount of a supersedeas bond. Before the Court is plaintiff's supplement brief, in which it proposes the Court permit it to post a bond in the amount of $82,958.34, and defendant's response, in which it states plaintiff's proposal is acceptable.

The Court having read and considered the parties' respective written submissions, plaintiff's proposal to post a bond in the amount of $82,958.34 is hereby APPROVED.

**IT IS SO ORDERED.**

Dated: September 20, 2017

MAXINE M. CHESNEY
United States District Judge